

**CHRISTOPHER C. HUMPHREY**
**7 LOTHROP LANE**
**P.O. BOX 608**
**COHASSET, MA 02025**
**(908) 472-8999**
**chumphreylaw@gmail.com**
**\*Admitted in MA, NY & NJ**

**\*VETERAN OWNED BUSINESS**

November 24, 2010

**Via Electronic Filing**

MLK Building & U.S. Courthouse
Clerk of the Court
Attn: Leroy Dunbar
50 Walnut Street Room 4015
Newark, NJ 07101

  **Re:** **Dare Investments, LLV v. Chicago Title Insurance Co.,** *et al*.
     **Case No. 2:10-cv-6088**

Dear Sir or Madam:

  Attached for electronic filing are six (6) exhibits referenced in Plaintiff's Complaint, that were inadvertently omitted from the initial filing, and a revised Corporate Disclosure Statement which comports with the Court's electronic signature requirements.

         Very truly yours,

         s/ Christopher C. Humphrey