UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>**Civil Action**<br><br>**CORPORATE DISCLOSURE STATEMENT** |

The undersigned counsel for Plaintiff Dare Investments, LLC certifies that this party is a non-governmental corporate party and that it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_(signature)_
Christopher C. Humphrey

Dated: November 24, 2010

Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
7 Lothrop Lane
P.O. Box 608
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff