Case 2:10-cv-06088-DRD-PS   Document 4-7   Filed 11/24/10   Page 1 of 1 PageID: 186

# Horizon Title Agency

65 State Highway 4 - Suite 3
River Edge, NJ 07661
Telephone: 201-226-0096 Fax: 201-226-0093

# INVOICE

April 17, 2006

Gordon Duval, Esq.
Duval, Haws Moody & Frei, P.C.
947 South 500 East
American Fork, Utah 84003

**Reference:** HTA-2006-162
**Various Properties, Hudson County, NJ**
**First Connecticut Holding Group LLC, IV**

1) (a) Title Searches vs. all "LLCIV" properties on a highly expedited basis _____ $30,000.00

   (b) Title Searches on balance of SWJ Holdings, LLC properties. (for info) _____ $14000.00

2) Title Readings, Analysis, Bankruptcy Reviews ("Mocco" and "Licata")
   Title Opinions Rendered, etc.
   750 Hours over 1 ½ year period @ $95.00/Hour _____ $71,250.00

3) Historical Due Diligence, Secular Document Retrieval (Bankruptcy Documents,
   Prior Title Commitments and/or Policies, Supporting Opinions, etc.) _____ $25000.00

4) All Administrative Fees including Courier Fees, Additional Personnel, etc. _____ $4651.00

5) Title Premium (Based on $15,000,000.00) _____ $73,750.00

   Total  $218651.00
   Paid on account  $20,000.00
   Balance due  $198651.00

*[handwritten: Paid at closing]*

Letterhead                         - 1 -                         CMS Form No. NJ-502