## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company, | **CIVIL ACTION NO.**<br>**2:10-cv-6088** |
| Plaintiff, |  |
| vs. | **Civil Action** |
| CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise, | **APPLICATION TO**<br>**APPEAR *PRO HAC VICE*** |
| Defendants. |  |

**Christopher Humphrey** hereby certifies as follows:

1. I am a member of the law firm of Humphrey Law, LLC and have been selected to serve as Local Counsel for Plaintiff in the above captioned matter.

2. I am admitted to practice before this Honorable Court and the State Courts of New Jersey, New York and Massachusetts. I am a member in good standing of these Courts and I am not, and never have been, under suspension or disbarment by any court or jurisdiction.

3. I submit this Application on behalf of Plaintiff, whose primary selected counsel, Peter Strojnik of Peter Strojnik, P.C. and Peter Kristofer Strojnik of The Strojnik Firm, LLC, both of Phoenix, Arizona, seek admission *pro hac vice*.

4. It is my understanding that mo disciplinary proceedings are pending against either attorney seeking admission *pro hac vice* and they are members in good standing of in which they are admitted.

5. I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me. I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

6. Pursuant to Local Civil Rule 101.1(c), I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

7. Defendants in this matter consent and have no objection to the *pro hac vice* admission of the Applicants.

8. On behalf of Dare Investments, LLC, I respectfully request that the Court grant its application to have Peter Strojnik and Peter Kristofer Strojnik admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

s/ Christopher C. Humphrey<br>Local Counsel for Plaintiff

Dated: December 3, 2010

- 1 -

Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
7 Lothrop Lane
P.O. Box 608
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff

Peter Strojnik, Arizona Bar No. 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorneys *pro hac vice* for Plaintiff

Peter K. Strojnik, Arizona Bar No. 026082, California Bar No 242728
**THE STROJNIK FIRM LLC**
Suite 1401, 3030 North Central Avenue
Phoenix, Arizona 85012
Telephone: 602-297-3019
e-mail: Strojnik@skplaw.com
Attorneys *pro hac vice* for Plaintiff