Peter Kristofer Strojnik
THE STROJNIK FIRM LLC
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019
strojnik@skplaw.com
Attorney pro hac vice for Plaintiff (pending)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | **CIVIL ACTION NO.**<br>**2:10-cv-6088 DRB-MAS**<br><br><u>Civil Action</u><br><br>**CERTIFICATION OF COUNSEL PETER KRISTOFER STROJNIK IN SUPPORT OF PRO HAC VICE ADMISSION** |

Peter Kristofer Strojnik hereby certifies as follows:

1) I am licensed to practice in the State of Arizona, Bar Number 026082, and the State of California, Bar Number 242728. I am in active status and in good standing in both jurisdictions and there are no disciplinary proceedings pending against me.

2) I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED this 5th Day of December, 2010.

- 2 -

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorney *pro hac vice* for Plaintiff

- 2 -