Peter Strojnik
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorneys *pro hac vice* for Plaintiff (pending)

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | CIVIL ACTION NO.<br>2:10-cv-6088 DRB-MAS<br><br><u>Civil Action</u><br><br>**CERTIFICATION OF COUNSEL PETER STROJNIK IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Peter Strojnik, do hereby certify that I am licensed to practice in the State of Arizona, Bar Number 006464. I am on active status and in good standing.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

DATED this 5th Day of December, 2010.

/s/ Peter Strojnik
Peter Strojnik
Attorney *pro hac vice* for Plaintiff

- 1 -