UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:10-cv-6088 DRB-MAS<br><br><u>Civil Action</u><br><br>ORDER |

This matter having come before this Court upon the application of counsel for the *pro hac vice* admission of Peter Strojnik and Peter Khristopher Strojnik, and it appearing that there is no objection to the application, and good cause shown,

IT IS on this ___ day of December 2010,

ORDERED that Peter Strojnik and Peter Kristopher Strojnik are hereby admitted as counsel *pro hac vice* for Plaintiff in the above captioned case; and it is further

ORDERED that attorneys admitted *pro hac vice* shall be electronically notified of the events in this cause at the following e-mail addresses:

Peter Strojnik, Arizona Bar No. 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: ps@strojnik.com

- 2 -

Peter K. Strojnik, Arizona Bar No. 026082, California Bar No 242728
**THE STROJNIK FIRM LLC**
Suite 1401, 3030 North Central Avenue
Phoenix, Arizona 85012
Telephone: 602-297-3019
**e-mail: strojnik@skplaw.com**
Attorneys *pro hac vice* for Plaintiff

                                                                     _____
                                                                      Hon. Michael A. Shipp, U.S.M.J.