Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
7 Lothrop Lane
P.O. Box 608
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff

Peter Strojnik, Arizona Bar No. 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorneys *pro hac vice* for Plaintiff

Peter K. Strojnik, Arizona Bar No. 026082, California Bar No 242728
**THE STROJNIK FIRM LLC**
Suite 1401, 3030 North Central Avenue
Phoenix, Arizona 85012
Telephone: 602-297-3019
e-mail: Strojnik@skplaw.com
Attorneys *pro hac vice* for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company, | CIVIL ACTION NO. 10-6088 |
| Plaintiff, | **Civil Action** |
| vs. | |
| CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise, | **CERTIFICATION OF CHIRSTOPHER C. HUMPHREY, ESQ. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST HORIZON TITLE AGENCY AND CHICAGO TITLE RICO ENTERPRISE** |
| Defendants. | |

Christopher C. Humphrey of full age, certifies as follows:

1.    I am the Principal of HUMPHREY LAW LLC, local counsel for Plaintiff Dare Investments, LLC.  I have personal knowledge of the matters set forth herein and submit this Certification in support of Plaintiff's Application for Entry of Default and Default Judgment against Horizon Title Agency ("Horizon Title") and Chicago Title RICO Enterprise.

2.    Defendant Horizon Title was properly served with Plaintiff's Summons and Complaint filed herein on December 16, 2010. A certified true and accurate copy of the Affidavit of Service, attached hereto as Exhibit A was filed electronically with the Court.

3.    Defendant Chicago Title RICO Enterprise was properly served with Plaintiff's Summons and Complaint filed herein on December 23, 2010. A certified true and accurate copy of the Affidavit of Service, attached hereto as Exhibit B was filed electronically with the Court.

4.      Defendants Horizon Title and Chicago Title RICO Enterprise have failed to plead or other defend with the time provided by the Federal Rules of Civil Procedure and that time has expired.

5.      Neither Defendant Horizon Title, nor Defendant Chicago Title Rico Enterprise has been granted an extension of the time to plead or otherwise defend.

6.      Plaintiff hereby requests the entry of default against Horizon Title Agency and Chicago Title RICO Enterprise.

7.      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false that I am subject to punishment.

HUMPHREY LAW LLC
Local Counsel for Plaintiff

By:   s/ Christopher C. Humphrey

Dated: January 25, 2011

DARE INVESTMENTS LLC

*Plaintiff*

*vs.*

CHICAGO TITLE INSURANCE CO

*Defendant*

UNITED STATES
DISTRICT COURT
District of New Jersey
Docket / Index # 2:10 CV 06088
DRD MAS

**Person to be served:**
*Horizon Title Agency Inc.* **at:** *Horizon Title Agency Inc., C/O Mary Anne Dutton, 162 Route 24, Mendham, NJ 07945*

**AFFIDAVIT**

**Attorney:**
Humphrey Law LLC
C/O Christopher C Humphrey
7 Lothrop Lane, Cohasset . MA 02025

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons in a Civil Case; Complaint and Jury Demand

**Service Data:**

Served Successfully __X__   Not Served _____

**Date:** December 16, 2010  **Time:** 5:45 PM

**Attempts: 0**

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Glenn Green, Authorized Agent

**Description of Person Accepting Service:**
Sex: **Male**  Age: **48**  Height: **5' 7"**  Weight: **225-250 lbs**  Skin Color: **Caucasian**  Hair Color: **Brown**

**Unserved:**
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____ Date _____ Time
                   _____ Date _____ Time
( )Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
___ day of _____ 2010

_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2013

I, **Manuel Fontes**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Manuel Fontes, Process Server

**Lawyers Edge Process Service, LLC,** 58 Main Street Suite 1C, Hackensack, NJ 07601
Phone: (201) 489-8080  Fax: (201) 489-8824

**EXHIBIT A**

Job #34493
Affidavit of Service (9/30/02)

**DARE INVESTMENTS LLC**

*Plaintiff*

vs.

**CHICAGO TITLE INSURANCE CO**

*Defendant*

UNITED STATES
DISTRICT COURT
District of New Jersey
Docket / Index # 2:10 CV 06088
DRD MAS

**Person to be served:**
*Chicago Title Rico Enterprise* **at:** *Chicago Title Rico Enterprise, c/o Corporation Trust Co, 820 Bear Tavern Road, West Trenton, NJ 08628*

**AFFIDAVIT**

**Attorney:**
Humphrey Law LLC
C/O Christopher C Humphrey
7 Lothrop Lane, Cohasset , MA 02025

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons in a Civil Case; Complaint and Jury Demand

**Service Data:**

Served Successfully __**X**__    Not Served _____

**Date:** December 23, 2010    **Time:** 1:29 PM

**Attempts:** 0

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein.

__**X**__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Margeret Phillips, Authorized Agent

**Description of Person Accepting Service:**
Sex: **Female** Age: **55-65** Height: **5' 6"** Weight: **160-170 lbs** Skin Color: **Caucasian** Hair Color: **Blonde**

**Unserved:**
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____ Date _____ Time
_____ Date _____ Time
( )Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
31 day of _____ 2010

_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2013

I, **Manny Bayo**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Manny Bayo, Process Server

**Lawyers Edge Process Service, LLC.** 58 Main Street Suite 1C, Hackensack, NJ 07601
Phone: (201) 489-8080  Fax: (201) 489-8824

# EXHIBIT B

Job #34492
Affidavit of Service (9/30/02)