- 1 -

Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
7 Lothrop Lane
P.O. Box 608
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff

Peter Strojnik, Arizona Bar No. 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorneys *pro hac vice* for Plaintiff

Peter K. Strojnik, Arizona Bar No. 026082, California Bar No 242728
**THE STROJNIK FIRM LLC**
Suite 1401, 3030 North Central Avenue
Phoenix, Arizona 85012
Telephone: 602-297-3019
e-mail: Strojnik@skplaw.com
Attorneys *pro hac vice* for Plaintiff

- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>    Defendants. | CIVIL ACTION NO. 10-6088<br><br>**Civil Action**<br><br>**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST HORIZON TITLE AGENCY AND CHICAGO TITLE RICO ENTERPRISE**<br><br>*(Electronically Filed)* |

TO:    William T. Walsh
         United States District Court for
         the District of New Jersey
         M.L. King, Jr. Federals Bldg. & Courthouse
         50 Walnut St.
         Newark, NJ 07101

     Application is hereby made, pursuant to Fed. R. Civ. P. 55 (b) for the Entry of Default Judgment against Defendants Horizon Title Agency, Inc. and Chicago Title Rico Enterprise. Plaintiff's Application for the Entry of Default in the above captioned matter for failure to plead or otherwise respond to Plaintiff's Complaint within the time and in the manner provided by the Federal Rules of Civil Procedure has been filed herewith.

     Please enter Default Judgment against Defendants Horizon Title Agency, Inc. and Chicago Title Rico Enterprise in the above captioned matter in the amount indicated on the form of Judgment submitted herewith pursuant to Fed. R. Civ. P. 55 (b).

- 3 -

      Plaintiff relies upon the Certification of Christopher C. Humphrey, Esq. submitted herewith in support of its Application.

                                         HUMPHREY LAW LLC
                                         Local Counsel for Plaintiff

                                         By:  s/ Christopher C. Humphrey

Dated: January 25, 2011

## CERTIFICATION OF SERVICE

I hereby certify that on this date a true copy of Plaintiff's Application for Entry of Default Judgment and supporting documents were electronically filed with the Court and copies of same were sent via overnight delivery as follows:

Chicago Title RICO Enterprise
c/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

Horizon Title Agency, Inc.
c/o Mary Anne Dutton
162 Route 24
Mendham, NJ 07945

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false that I am subject to punishment.

                HUMPHREY LAW LLC
                Local Counsel for Plaintiff

                By:  s/ Christopher C. Humphrey

Dated: January 25, 2011