UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | CIVIL ACTION NO.<br>2:10-cv-6088 DRB-MAS<br><br><u>Civil Action</u><br><br>**DEFAULT JUDGMENT** |

This matter having come before this Court upon the Application of counsel for Plaintiff for the entry of default judgment it is on this ___ day of February 2011,

ORDERED and ADJUDGED Judgment in the amount of $47,500,000.00, which is inclusive of consequential and treble damages, is hereby entered jointly and severally against Defendant Horizon Title Agency, Inc. and Chicago Title RICO Enterprise.

IT IS FURTHER ORDERED and ADJUDGED that this Court shall retain active jurisdiction over the enforcement and continued litigation of this matter.

                                                                                                                                 U.S.D.J.