| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case Action No.2:10-CV-06088(DRD)(MAS)<br><br>Motion to Dismiss<br>Return Date: March 7, 2011<br>ORAL ARGUMENT REQUESTED<br><br>**NOTICE OF MOTION TO DISMISS** |

To: Plaintiff's Counsel, by operation of this Court's ECF system,

Please take notice that on March 7, 2011, Chicago Title Insurance Company ("Defendant"), by and through its counsel, Riker Danzig Scherer Hyland & Perretti LLP, shall make an application to the United States District Court for the District of New Jersey for an order granting Defendant's Motion to Dismiss plaintiff's Complaint.

Please take further notice that in support of this motion, Defendant shall rely on the accompanying memorandum of law in support thereof, Certification of Michael R. O'Donnell, Esq. with Exhibits attached thereto, and the Complaint (Docket Entry 1) with the Exhibits thereto filed under a separate cover

- 1 -

23308995\V-1

(Docket Entry 4).

Please take further notice that a proposed order granting Defendant's motion also is attached.

Please take further notice that oral argument is requested only in the event that timely opposition is filed and accepted.

Dated: February 9, 2011

        Counsel for Defendant
        Chicago Title Insurance Company
        */s/ Michael R. O'Donnell*
        Michael R. O'Donnell
        Derrick R. Freijomil
        RIKER DANZIG SCHERER
        HYLAND & PERRETTI LLP
        Headquarters Plaza
        One Speedwell Avenue
        Morristown, New Jersey 07962-1981
        modonnell@riker.com
        dfreijomil@riker.com
        (973) 451-8476 (Telephone)
        (973) 538-1984 (Facsimile)