RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant Chicago Title Insurance Company

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Case No. 2:10-cv-06088(DRD)(MAS)<br><br>Hon. Dickinson R. Debevoise, U.S.D.J.<br><br>**STIPULATION ADJOURNING RETURN DATE OF MOTION TO DISMISS AND MOTION TO SEAL MATERIALS TO MARCH 21, 2011 AND SETTING THE BRIEFING SCHEDULE** |

The parties hereby agree and stipulate that: (A) the return date for the concurrent motions filed by Chicago Title Insurance Company ("Chicago Title") to (i) dismiss the complaint filed by plaintiff Dare Investments, LLC ("Dare") [Doc. No. 11] and (ii) to seal materials [Doc. No. 10] (collectively the "Motions"), presently scheduled for March 7, 2011, shall be adjourned to March 21, 2011; (B) Dare shall file its opposition to the Motions on or before March 4, 2011; and (C) Chicago Title shall file its reply on or before March 14, 2011.

HUMPHREY LAW, LLC
Attorneys for Dare Investments, LLC

By: _____
Christopher C. Humphrey

Dated: 2/18/2011

RIKER DANZIG SCHERER HYLAND
& PERRETTI, LLP.
Attorneys for Defendant Chicago Title Insurance Company

By: _____
Michael R. O'Donnell

Dated: 2/18/2011

4114024.1