UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, | |
| Plaintiff, | Civil Action No. 10-6088 (DRD) (MAS) |
| v. | |
| CHICAGO TITLE INS. CO., et al., | ORDER |
| Defendants. | |

This matter having been brought before the Court by Christopher Humphrey, Esq., attorney for Plaintiff, on application for an Order allowing Peter Strojnik, Esq. and Peter Kristofer Strojnik, Esq. to appear and participate pro hac vice; and the Court having considered the moving papers; and this matter having been considered pursuant to Federal Rule of Civil Procedure 78; and for good cause shown,

IT IS on this 4th day of March, 2011,

ORDERED that Peter Strojnik, Esq. and Peter Kristofer Strojnik, Esq., members of the Bar of the State of Arizona, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c);

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Humphrey Law, LLC, attorneys of record for Plaintiff who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby;

ORDERED that Peter Strojnik, Esq. and Peter Kristofer Strojnik, Esq. shall each pay the

annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order;

ORDERED that Peter Strojnik, Esq. and Peter Kristofer Strojnik, Esq. shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order;

ORDERED that Peter Strojnik, Esq. and Peter Kristofer Strojnik, Esq. shall each be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Peter Strojnik, Esq. and Peter Kristofer Strojnik, Esq. shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

<u>s/ Michael A. Shipp</u>
**MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**