Peter Strojnik, Arizona Bar No. 6464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorneys *pro hac vice* for Plaintiff

Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
7 Lothrop Lane (P.O. Box 608)
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | **Civil Action No. 2:10-cv-6088 (DRD)(MAS)**<br><br>**Civil Action**<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter and it is represented that:

- 1 -

1) An order of the Granting a motion to appear *pro hac vice* in the within matter is entered; and

2) A fee in the amount of $150.00 pursuant to L.Civ.R. 101.1(c)(3) was paid to the Clerk of the Court.

> HUMPHREY LAW, LLC
>
> *s/* Christopher Humphrey
> Local Counsel for Plaintiff

Dated: March 10, 2011

*PRO HAC VICE* ATTORNEY INFORMATION:

Peter Strojnik
PETER STROJNIK, P.C.
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
Attorneys *pro hac vice* for Plaintiff

E-mail: **Strojnik@aol.com**