**Derrick R. Freijomil**
Counsel

<u>Direct:</u>
t: 973.451.8580
f: 973.451.8622
dfreijomil@riker.com
Reply to: Morristown

June 3, 2011

**<u>VIA ELECTRONIC FILING</u>**

Clerk, United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   <u>**Dare Investments, LLC v. Chicago Title Insurance Co., et al.,**
**Case No. 10-6088**</u>

Dear Sir/Madam:

This firm represents Chicago Title Insurance Company ("Chicago Title") in the above action. Pursuant to your instructions, we are electronically filing unredacted versions of Chicago Title's Motion to Dismiss in connection with this letter. Redacted versions of these documents were filed on February 9, 2011 as Docket Entry 11. Due to a complication on the ECF system, we were unable to associate these documents with the original filing. Thank you for your time.

Very truly yours,

/s/ *Derrick R. Freijomil*
Derrick R. Freijomil


cc:  All Counsel of Record (via electronic filing)

4140842.1