|  |  |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 2:10-cv-06088-DRD-MAS<br><br>Motion for Reconsideration<br>Return Date: August 15, 2011<br><br>ORAL ARGUMENT REQUESTED<br><br>**Honorable Dickinson R. Debevoise**<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF THE RULING RELATING TO "REASONABLE EXPECTATIONS"** |

**TO:** All counsel by operation of the Court's ECF system.

Please take notice that on July 8, 2011, Plaintiff, by and through counsel undersigned, submitted or shall submit to the United States District Court for the District of New Jersey a Motion for Reconsideration of the Court's June 29, 2011 Opinion. The Motion is based in part on the decision of the New Jersey Supreme Court in Passaic Valley Sewerage Commissioners v. St. Paul Fire & Marine Ins. Co. A-9706579 (N.J. 2011) **decided on June 21, 2011**.

Please also take notice that Plaintiff shall rely on its Brief is Support thereof, filed contemporaneously herewith.

RESPECTFULLY SUBMITTED this 6th day of July, 2011.

**STROJNIK, P.C.**

_____
Peter Strojnik, Esq.,
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: 602-524-6602
Arizona Bar No. 6464
Attorney for Plaintiff Dare Investments, LLC