**DARE INVESTMENT'S NOTICE OF MOTION FOR RECONSIDERATION
LOCAL COUNSEL SIGNATURE PAGE**

By: s/ Christopher C. Humphrey

Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
43 Lothrop Lane
P.O. Box 608
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff