| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>           Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 2:10-cv-06088-DRD-MAS<br><br>Motion for Reconsideration<br>Return Date: August 15, 2011<br><br>ORAL ARGUMENT REQUESTED<br><br>**Honorable Dickinson R. Debevoise**<br><br>**ORDER** |

Pursuant to Plaintiff Dare Investments' Motion for Reconsideration of Court's June 29, 2011 Opinion, the Court finds that the Motion is well taken and it is granted. The Court confirms that the Chicago Title Policy is ambiguous regarding coverage over Mocco claims. The Court further finds that the ambiguity supports two meanings, one that denies coverage and the other that sustains coverage. Therefore, the Court interprets the ambiguity to provide coverage and enters judgment in favor of Dare Investments, LLC and against Chicago Title on Dare Investments' contract claim.

      SIGNED AND DATED AS INDICATED ABOVE