Christopher C. Humphrey (CH 9551)
**HUMPHREY LAW, LLC**
7 Lothrop Lane
P.O. Box 608
Cohasset, Massachusetts 02025
Telephone: 908-472-8999
E-Mail: chumphreylaw@gmail.com
Local Counsel for Plaintiff

Peter Strojnik (AZBar6464)
**STROJNIK, P.C.**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorney for Plaintiff

Peter K. Strojnik (AzBar026082- CABar 242728)
**THE STROJNIK FIRM LLC**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-510-9409
e-mail: Strojnik@skplaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer;<br><br>Defendants. | NO. 2:10-cv-06088-DRD-MAS<br><br>**Civil Action**<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND JURY DEMAND** |

The parties stipulate that Plaintiff may file the First Amended Complaint and Jury Demand dated November 17, 2011, a copy of which is filed herewith.

RESPECTFULLY SUBMITTED this 17th day of November, 2011.

| | |
|---|---|
| **HUMPHREY LAW, LLC** | **RIKER DANZIG SCHERER HYLAND & PERETTI LLP** |
| /s/ Christopher C. Humphrey<br>_____<br>Christopher C. Humphrey, Esq.<br>Attorney for Plaintiff | /s/ Michael O'Donnell<br>_____<br>Michael O'Donnell<br>Attorney for Defendant |