| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case Action No.2:10-CV-06088 (DRD)(MAS)<br><br>**ORDER FOR REVOCATION OF PRO HAC VICE ADMISSIONS AND DISQUALIFICATION OF COUNSEL** |

  **THIS MATTER** having come before the Court on the application of Chicago Title Insurance Company, by and through its attorneys, Riker, Danzig, Scherer, Hyland & Perretti, LLP, seeking revocation of the pro hac vice admissions of Peter Strojnik, Esq. and Peter K. Strojnik, Esq. and disqualification of Christopher Humphrey, Esq. from representing Dare Investments, LLC in this matter; and the Court having considered any and all submissions and argument in support of and in opposition to said motion; and for good cause having been shown;

  **IT IS** on this _____ day of _____, 201_, ORDERED that:

  1. Chicago Title Insurance Company's motion for revocation of the pro hac vice admissions Peter Strojnik, Esq. and Peter K. Strojnik, Esq. and disqualification of Christopher Humphrey, Esq. from representing Dare Investments, LLC in this matter **BE AND IS HEREBY GRANTED**;

  2. The pro hac vice admission of Peter Strojnik, Esq. **BE AND IS HEREBY REVOKED**;

      3.      The pro hac vice admission of Peter K. Strojnik, Esq. **BE AND IS HEREBY REVOKED;**

      4.      Christopher Humphrey, Esq. **BE AND IS HEREBY DISQUALIFIED** from representing Dare Investments, LLC in this matter;

      5.      Counsel for Chicago Title Insurance Company shall serve a copy of this Order on all answering parties of record within _____ days hereof.

      _____
      Hon. Michael A. Shipp, U.S.M.J.