**CERTIFICATION OF SERVICE**

I hereby certify that on this day, I caused a copy of Chicago Title Insurance Company's: (i) Notice of Motion for Revocation of <u>Pro Hac Vice</u> Admissions and Disqualification of Counsel; (ii) Brief in Support of Motion for Revocation of <u>Pro Hac Vice</u> Admissions and Disqualification of Counsel; (iii) the accompanying Certification of Michael R. O'Donnell, Esq. with exhibits; (iv) the accompanying Certification of Derrick R. Freijomil, Esq.; and (v) a proposed Order to be served via Electronic Filing upon the Court and counsel of record for Dare Investments, LLC.

I certify under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated: December 21, 2011

_____
Joshua S. Jacobs