RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Michael R. O'Donnell, Esq., (MOD-7088)
Derrick R. Freijomil, Esq., (DRF-2294)
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant Chicago Title Insurance Company

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Civil Action No. 2:10-cv-06088(DRD)(MAS)<br><br>Hon. Dickinson R. Debevoise, U.S.D.J.<br><br>Hon. Michael A. Shipp, U.S.M.J.<br><br>*DOCUMENT FILED ELECTRONICALLY*<br>**APPLICATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CHICAGO TITLE INSURANCE COMPANY TO ANSWER, MOVE OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time in which defendant Chicago Title Insurance Company ("Chicago Title") may answer, move or otherwise respond to the First Amended Complaint filed by the plaintiff herein on December 20, 2011 [Doc. No. 66] for two weeks, up to and including January 17, 2012; and it is presented that:

    1.    Chicago Title accepted service of the First Amended Complaint via Electronic Filing.

    2.    No previous extension from the Court has been requested or obtained as to the First Amended Complaint, but Chicago Title did obtain an extension under Local Civil Rule 6.1(b) as to plaintiff's initial Complaint filed in this matter.

|  |  |
|---|---|
|  | RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Attorneys for Defendant<br>Chicago Title Insurance Company |
| DATED:   December 21, 2011 | By: /s/ *Michael R. O'Donnell* |

**ORDERED** that the above application is **GRANTED** and the time within which Chicago Title may answer, move or otherwise respond to the First Amended Complaint is extended to and including January 17, 2012.

WILLIAM T. WALSH

By:_____
Clerk

DATED: December ___, 2011

4106496.2