# THE STROJNIK FIRM LLC

ATTORNEYS AT LAW

ESPLANADE CENTER III, 2415 EAST CAMELBACK ROAD, SUITE 700, PHOENIX, ARIZONA 85016

PHONE: 602.510.9409 | FAX: 602.264.1441 | WEBSITE: WWW.SKPLAW.COM

**December 23. 2011**

Michael O'Donnell, Esq.
Derrick Freijomil, Esq.
Riker, Danzig, et al
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

**VIA FIRST CLASS MAIL**
**VIA E-MAIL w/o attachments: modonnell@riker.com**
**VIA E-MAIL w/o attachments: dfreijomil@riker.com**

    Re:    Document Production
                 Dare Investments LLC v. Chicago Title Insurance Company,
                 No. 2:10-cv-06088-DRD-MAS

Dear Messrs. O'Donnell and Freijomil:

In light of Judge Shipp's decision to confirm our previous stipulation regarding attorney-client privileged communications, we make a further disclosure, contained on a CD, as follows:

12.23.11 to O'Donnell & Freijomil | 2
Dare Investments LLC v. Chicago Title Insurance Company
Document Production





The documents from George Pratt will come separately from Mr. Pratt pursuant to your Subpoena.

Very Truly Yours,

Peter Kristofer Strojnik
Managing Member

CC:

Mike O'Donnell
Derrick Freijomil
Jonathan Sandler
Peter Strojnik
Rick McCloskey