RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
Attorneys for Defendants Chicago Title
Insurance Company

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case Action No.2:10-CV-06088(DRD)(MAS)<br><br>**CERTIFICATION OF SERVICE**<br><br>**MOTION RETURN DATE:<br>JANUARY 17, 2012** |

I hereby certify that on this day, I caused a copy of Chicago Title Insurance Company's: (i) Reply Brief in Support of Motion for Revocation of Pro Hac Vice Admissions and Disqualification of Counsel; (ii) the accompanying Certification of Michael R. O'Donnell, Esq. with exhibits; (iii) the accompanying Certification of Derrick R. Freijomil, Esq.; and (v) the accompanying Certification of Jonathan M. Sandler, Esq. to be served via Electronic Filing upon the Court and counsel of record for Dare Investments, LLC.

I certify under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated: January 10, 2012

_____
Joshua S. Jacobs