Subject: RE: Chicago Title Depositions
From: "O'Donnell, Michael" <MODONNELL@RIKER.com>
Date: Wed, Nov 30, 2011 6:00 pm
To: "'Strojnik@aol.com'" <Strojnik@aol.com>, "paul.drobbin@leclairryan.com" <paul.drobbin@leclairryan.com>
Cc: "strojnik@skplaw.com" <strojnik@skplaw.com>, "rmccloskey@mail.com" <rmccloskey@mail.com>, "Freijomil, Derrick" <dfreijomil@RIKER.com>

Paul:

The depositions have not been "vacated." Rather, they cannot go forward at this time due to the dispute relating to whether communications between Dare and its counsel need to be turned over. Peter is supposed to get back to me on this by this Friday. At this time, however, it appears a resolution by the Court will be necessary. After that dispute is resolved, the depositions of your clients will be necessary.

Mike

**Michael O'Donnell, Esq.**
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
t: 973.451.8476
f: 973.451.8700
MOdonnell@riker.com