# THE STROJNIK FIRM LLC

A T T O R N E Y S  A T  L A W

ESPLANADE CENTER III, 2415 EAST CAMELBACK ROAD, SUITE 700, PHOENIX, ARIZONA 85016

PHONE: 602.510.9409 | FAX: 602.264.1441 | WEBSITE: WWW.SKPLAW.COM

**December 23. 2011**

Michael O'Donnell, Esq.
Derrick Freijomil, Esq.
Riker, Danzig, et al
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

**VIA FIRST CLASS MAIL**
**VIA E-MAIL w/o attachments: modonnell@riker.com**
**VIA E-MAIL w/o attachments: dfreijomil@riker.com**

    Re:    Document Production
              Dare Investments LLC v. Chicago Title Insurance Company,
              No. 2:10-cv-06088-DRD-MAS

Dear Messrs. O'Donnell and Freijomil:

In light of Judge Shipp's decision to confirm our previous stipulation regarding attorney-client privileged communications, we make a further disclosure, contained on a CD, as follows:





The documents from George Pratt will come separately from Mr. Pratt pursuant to your Subpoena.

Very Truly Yours,

Peter Kristofer Strojnik
Managing Member

CC:

Mike O'Donnell
Derrick Freijomil
Jonathan Sandler
Peter Strojnik
Rick McCloskey