|  |  |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri domiciled insurer; HORIZON TITLE AGENCY, Inc., a New Jersey domiciled company; CHICAGO TITLE RICO ENTERPRISE, a racketeering enterprise,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 2:10-cv-06088-DRD-MAS<br><br>**CHRISTOPHER HUMPHREY'S CERTIFICATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO RIKER DANZIG'S MOTION TO DISQUALIFY COUNSEL** |

Christopher Humphrey hereby certifies as follows:

1. I am an attorney-at-law admitted to practice before this honorable Court. I serve as local counsel in the above captioned matter and have personal knowledge of the facts set forth herein.

2. I provide this Certification in support of Plaintiff's Supplemental Response in Opposition to Riker Danzig's Motion to Disqualify me as counsel. (Doc. 67).

3. I sponsored the *pro hac vice* admissions of Peter Strojnik and Peter Kristofer Strojnik in this litigation. Upon submission of the Application (Doc. 5) I was unaware of any past discipline or pending disciplinary proceedings for Peter Strojnik or Peter Kristofer Strojnik.

4. The foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

1

DATED this 13th day of January, 2012.

                                                                 */s/ Christopher Humphrey*
                                                                 Christopher Humphrey