Subj:     **OSC deemed Moot**
Date:     1/11/2012 10:42:32 A.M. US Mountain Standard Time
From:     attyadmin@azd.uscourts.gov
To:       strojnik@aol.com

Dear Mr. Strojnik:

Judge Bolton has reviewed your response to the Order to Show Cause, as well as the reinstatement order issued by the Arizona Supreme Court, and has deemed that the OSC is now moot. Your status will remain active and in good standing with the U.S. District Court.

Beth Stehpenson
Attorney Disciplinary Clerk
602-322-7106