**RE DARE INVESTMENTS, LLC**

**Privilege Log for Documents**

| # | Bates# | Date | Document Type | To | Cc | From/By | Content Description | Privilege Explanation |
|---|--------|------|---------------|-----|-----|---------|---------------------|------------------------|
| 1. | DI002568 – DI002570 | 3/8/06 | Correspondence | Richard D. McCloskey | George Pratt; Todd Galante; Bryan Petkanics | Kenneth Williams | Legal advice regarding Dare Investment, LLC | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 2. | DI002571- DI00273 | 3/8/06 | Correspondence | Richard D. McCloskey | George Pratt; Todd Galante; Bryan Petkanics | Kenneth Williams | Copy of DI002568-70 | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 3. | DI002574- DI002576 | 3/8/06 | Correspondence | Richard D. McCloskey | George Pratt; Todd Galante; Bryan Petkanics | Kenneth Williams | Copy of DI002568-70 | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 4. | DI002577- DI002579 | 3/8/06 | Correspondence | Richard D. McCloskey | George Pratt; Todd Galante; Bryan Petkanics | Kenneth Williams | Copy of DI002568-70 | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 5. | DI002580- DI002584 | 4/7/06 | Correspondence | George Pratt | | John J. Oberdorf | Updates on the perfection relating to SWJ Holdings, LLC and enclosing Membership Collateral Interest Certificates | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 6. | DI002585 | 3/30/06 | E-Mail | John Oberdorf; Ken Williams | Michael Smith | Stanley Brener | E-mail regarding UCC-1 filings | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |

| # | Bates# | Date | Document Type | To | Cc | From/By | Content Description | Privilege Explanation |
|---|--------|------|---------------|-----|-----|---------|---------------------|------------------------|
| 7. | DI002586-DI002588 | 3/8/06 | Correspondence | Richard D. McCloskey | George Pratt; Todd Galante; Bryan Petkanics | Kenneth Williams | Copy of DI002568-70 | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 8. | DI002589 | 5/3/07 | E-Mail | George Pratt | | Carol Caravassi on behalf of Kenneth Williams | E-mail regarding May 2, 2007 Riker Danzig | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 9. | DI002590 | 4/19/07 | E-Mail | Carol Caravassi | | Geri Murray | E-mail  regarding Horizon Title Agency policy | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 10. | DI002591 | 4/7/06 | E-Mail | Jill Bagnuolo | | Charles E. Dropkin | E-mail regarding Dare loan documents | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 11. | DI002592 | 4/7/06 | E-Mail | Charles E. Dropkin | | Jill Bagnuolo | E-mail regarding Dare loan documents | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 12. | DI002593-DI002595 | 4/19/07 | E-Mails | Geri Murray | | Carol C. Caravassi | E-mails regarding title policy | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 13. | DI002596-DI002600 | 1/26/07 | E-Mail | Kenneth Williams; John Oberdorf | | Bryan Petkanics | Internal mail regarding attorneys fees and Chapter 7 documents | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |

| # | Bates# | Date | Document Type | To | Cc | From/By | Content Description | Privilege Explanation |
|---|--------|------|---------------|-----|-----|---------|--------------------|-----------------------|
| 14. | DI002601-DI002602 | 12/18/06 | E-Mail | Rick McCloskey; Rick Knuth; George Pratt | Kenneth Williams; John J. Oberdorf; Todd Galante | Bryan Petkanics | E-mail regarding client litigation instructions | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 15. | DI002610 | 8/8/06 | E-Mail | Kenneth Williams | | Stanley Brener | Internal e-mail regarding Dough Land Mortgage | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 16. | DI002611 | 8/8/06 | E-Mail | Kenneth Williams | | Stanley Brener | Internal mail regarding collateral assignment | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 17. | DI002614 | 3/24/06 | E-Mail | Rick McCloskey | Rick Knuth; Kenneth Williams; John J. Oberdorf; George Pratt | Bryan Petkanics | E-mail re legal representation | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 18. | DI002615-DI002616 | 3/6/06 | E-Mail | Kenneth Williams | | Rick McCloskey | E-mail re creditors lawyers' meeting with dale | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 19. | DI002617 | 3/15/06 | Resume | N/A | | N/A | Paralegal resume | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 20. | DI002618-DI002620 | 2/24/06 | Correspondence | Richard D. McCloskey | | Bryan G. Petkanics | Engagement letter | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |

| # | Bates# | Date | Document Type | To | Cc | From/By | Content Description | Privilege Explanation |
|---|--------|------|---------------|-----|-----|---------|---------------------|----------------------|
| 21. | DI002621 | 3/9/06 | E-Mail | Rick Knuth; McCloskey; John J. Oberdorf | | George Pratt | E-mail regarding Sale Order | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 22. | DI002622 | 3/8/06 | E-Mail | John J. Oberdorf | Rick Knuth | George Pratt | Contact information | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 23. | DI002623 | 3/8/06 | E-Mail | John J. Oberdorf | | Kenneth Williams | Internal e-mail regarding closing | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 24. | DI002624-DI002626 | 3/8/06 | E-Mail | Richard D. McCloskey | George Pratt; Todd Galante; Bryan Petkanics | Kenneth Williams | Copy of DI002568-70 | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 25. | DI002627 | 3/8/06 | E-Mail | George Pratt; Todd Galante; Bryan Petkanics | | Kenneth Williams | E-mail encl. letter dated 3/8/06 | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 26. | DI002628 | 3/8/06 | E-Mail | Carol C. Caravassi | | Kenneth Williams | Internal e-mail regarding legal research | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 27. | DI002629-DI002631 | 3/7/06 | Correspondence (Not sent) | Hon. Alan H.W. Shiff | | George Pratt | Unsent letter | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |

| # | Bates# | Date | Document Type | To | Cc | From/By | Content Description | Privilege Explanation |
|---|---|---|---|---|---|---|---|---|
| 28. | DI002632 | 3/8/06 | E-Mail | Rick Knuth; Kenneth Williams | | George Pratt | E-mail regarding pending sale approval | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 29. | DI002633 | 3/7/06 | E-Mail | Todd Galante | | Kenneth Williams | Internal e-mail on conference call | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 30. | DI002634-DI002636 | 3/6/06 | E-Mail | Kenneth Williams | George Pratt; R. Knuth | Rick McCloskey | E-mail regarding the deal | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 31. | DI002638 | 3/7/06 | E-Mail | George Pratt | Richard McCloskey | Kenneth Williams | Letter regarding Vermont bankruptcy proceeding documents | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 32. | DI002639 | 3/4/06 | E-Mail | Williams Kenneth | Rick Knuth; Rick McCloskey | George Pratt | E-mail regarding documents to verify Mocco claims | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 33. | DI002640 | 3/2/06 | E-Mail | George Pratt; Kenneth Williams | Todd Galante; Isabel E. Moreno | Todd Galante | E-mail notes on court appearance | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 34. | DI002641 | 2/27/06 | E-Mail | Peter Ackourey; Dale Schreiber; Robert Grossman; Hunter Carter; Gerald Mitchell; Heidi Sorvino; George Pratt; GW | Alan Brody | Louis DeLucia | E-mail information regarding 2/27/06 conference call | Document withheld.  Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |

| # | Bates# | Date | Document Type | To | Cc | From/By | Content Description | Privilege Explanation |
|---|--------|------|---------------|-----|-----|---------|--------------------|-----------------------|
| | | | | Duval | | | | |
| 35. | DI002642 | 2/27/06 | E-Mail | Kenneth Williams | Kenneth Williams | George Pratt | E-mail regarding 2/27/06 conference call | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 36. | DI002644-DI002645 | 2/22/06 | E-Mail | Carol C. Caravassi | | Kenneth Williams | Internal e-mail regarding documents | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 37. | DI002646-DI002647 | 2/14/06 | E-Mail | Gordon Duval; Rick Knuth | Debbie Worpell | Dale Schreiber | E-mail regarding EMP claim | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |
| 38. | DI002648 | 2/24/06 | E-Mail | Kenneth Williams; Todd Galante | Rick Knuth; Rick McCloskey | George Pratt | E-mail responding to Williams' question regarding foreclosure and EMP loan | Document withheld. Document contains information and/or communications that are protected by the attorney-client privilege, the work product doctrine and/or were prepared in anticipation of litigation. |