# *Horizon Title Agency*

65 State Highway 4 - Suite 3
River Edge, NJ 07661
Telephone: 201-226-0096  Fax: 201-226-0093

# INVOICE

April 17, 2006

Gordon Duval, Esq.
Duval, Haws Moody & Frei, P.C.
947 South 500 East
American Fork, Utah 84003

**Reference:**   HTA-2006-162
**Various Properties, Hudson County, NJ**
**First Connecticut Holding Group LLC, IV**

1) (a) Title Searches vs. all "LLCIV" properties on a highly expedited basis_____$30,000.00

   (b) Title Searches on balance of SWJ Holdings, LLC properties. (for info)_____$14000.00

2) Title Readings, Analysis, Bankruptcy Reviews ("Mocco" and "Licata")
   Title Opinions Rendered, etc.
   750 Hours over 1 ½ year period @ $95.00/Hour_____$71,250.00

3) Historical Due Diligence, Secular Document Retrieval (Bankruptcy Documents,
   Prior Title Commitments and/or Policies, Supporting Opinions, etc.)_____$25000.00

4) All Administrative Fees including Courier Fees, Additional Personnel, etc. _____$4651.00

5) Title Premium (Based on $15,000,000.00) _____$73,750.00

Total $218651.00
Paid on account $20,000.00
Balance due $198651.00

*Paid At Closing*

Letterhead                                - 1 -                             CMS Form No. NJ-502