**Horizon Title Agency**  
65 East Route 4  
River Edge, NJ 07661  
Telephone: 201-226-0096  
Fax: 201-226-0093  
Agents for : Chicago Title Insurance Company

\*\*\* Invoice \*\*\*

Date: 02/09/2006

File Number: **HTA-2005-190**

| Applicant: Duval Haws Moody & Frel, P.C.<br>Gordon Duval, Esq<br>947 South 500 East Suite 200<br>American Fork, Utah 84003 | AMOUNT OF INSURANCE:<br><br>FEE/PRICE  0.00<br>MORTGAGE 1  5,500,000.00<br>MORTGAGE 2  0.00 |
|---|---|
| Seller:     Lorraine Munnia Mocco<br>Purchaser:<br>Street:     Main Street<br>Municipality: Sayreville<br>Tax Lots:    1<br>Tax Block:   249, 250, 251 | INVOICE STATUS:  **Current**<br><br>PLEASE ORDER RUNDOWN<br>48 HOURS IN ADVANCE |
| Premium Rate BASIC<br>SEE ATTACHED BREAKDOWN OF CHARGES | 14,100.00<br>26,987.50 |

```
                              Amount Paid              0.00
                              Balance Due         $41,087.50
                              Paid On Account     $30,000.00
                              Balance Due         $11,087.50
```

DARE v CTIC
CTIC 001934