**RIKER**
**DANZIG**
**SCHERER**
**HYLAND**
**PERRETTI** LLP

ATTORNEYS AT LAW

**Derrick R. Freijomil**
Counsel

Direct:
t: 973.451.8580
f: 973.451.8622
dfreijomil@riker.com
Reply to: Morristown

January 12, 2012

**Via E-Mail and U.S. Mail**
Peter Strojnik, Esq.
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Re: **Dare Investments, LLC v. Chicago Title Insurance Co., et al.,**
      **Case No. 10-6088**

Dear Peter:

Following up on today's call, Chicago Title Insurance Company ("Chicago Title") produced Horizon Title Agency, Inc.'s ("Horizon") files as to the Dare Investments LLC ("Dare") matter that Horizon gave to Chicago Title. These were bates-numbered CTIC 1- 2235. As I explained during our call, these are Horizon's documents and they were produced in the manner given to Chicago Title. In addition, enclosed please find Chicago Title's supplemental production of November 29, 2011, which includes documents responsive to Dare's Document Request number 2, which you inquired about on today's call. Thank you.

Very Truly Yours,

Derrick R. Freijomil

Encls.

4200544.1

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com