

| | | |
|---|---|---|
| Peter Strojnik<br>**STROJNIK, P.C.**<br>Arizona Bar No 006464<br>Direct Dial: 602-524-6602 | # STROJNIK, P.C.<br>L A W Y E R S | Peter K. Strojnik<br>**THE STROJNIK FIRM, LLC**<br>Arizona Bar No 026082<br>California Bar No 242728<br>Of Counsel |

January 12, 2012

Michael O'Donnell, Esq.
Derrick Freijomil, Esq.
Riker, Danzig, et al
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
*By e-mail only modonnell@riker.com*
*dfreijomil@riker.com*

    Re:   *Dare Investments, LLC v. Chicago Title*
           NO. 2:10-cv-06088-DRD-MAS

Dear Messrs. O'Donnell and Freijomil:

I received a letter from Mr. Freijomil in which he purports to document our call earlier regarding Horizon Title documents. In order to make the documentation of the call complete, let me document that Mr. Freijomil told me that your firm has other Horizon Documents, but you do not consider them related to Dare because they were not so marked when given to you.

I told Mr. Freijomil that we need <u>all</u> files you have in order to see whether there are other documents relative to Dare's claim, such as copies of the FCCG Bankruptcy Proceeding, notes, memos, investigations and the like.

                                      Very Truly Yours,

                                      Peter Strojnik

PJS: ps
CC: Client *by e-mail only*
PKS *by e-mail only*

2415 EAST CAMELBACK ROAD · SUITE 700 · PHOENIX, ARIZONA 85016
TEL: 602.553.1112 · FAX: 602.296.0135
E-MAIL: PS@STROJNIK.COM · WWW.STROJNIK.COM