UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>                                                                                           JANUARY 17, 2012

**JUDGE:**  Dickinson R. Debevoise                                                   Cv. 10-6080  (DRD)
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen Mc Murray

**TITLE OF CASE:**

   DARE  INVESTMENTS  v.  CHICAGO  TITLE

**APPEARANCES :**

   Peter K. Strojnik, Jr. Esq for pltf.
   Peter Strojnik, Sr. Esq for pltf
   Michael R. O'Donnell, Esq for deft
   Derrick R. Freijomil, Esq for deft

**NATURE OF PROCEEDINGS**:    MOTION

   Hearing on  defendant's application for a motion to revoke pro hac vice admission [67] and Christopher Humphrey's to act as local counsel.

   Motion granted, a stay of 60 days to find new counsel and for deft's to file an answer. An Order will be submitted.

                                                                             Ellen Mc Murray
                                                            Sr. Court Room Deputy

Time Commenced:   10:00 am
Time Adjourned :    11:00 am