UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DARE INVESTMENTS, LLC

    Plaintiff,

v.

CHICAGO TITLE INSURANCE COMPANY

    Defendants.

Civ. No. 10-6088 (DRD)

**ORDER**

Defendant, Chicago Title Insurance Company, having moved for an order revoking the pro hac vice admissions of Peter Strojnik, Esq., and his son Peter K. Strojnik, Esq. and to disqualify local co-counsel for Plaintiff, Dare Investments, LLC, Christopher Humphrey, Esq.; and the Court having considered the submissions of the parties and having heard the argument of counsel; and for the reasons set forth on the record;

IT is this 17th day of January 2012, **ORDERED** as follows:

1. The orders admitting Peter Strojnik, Esq., and Peter K. Strojnik to practice pro hac vice before this Court are revoked.

2. Christopher Humphrey, Esq., is disqualified from acting as Plaintiff, Dare Investment, LLC's local New Jersey counsel in this case.

3. All proceedings in this case are stayed for 60 days from the date hereof to give Plaintiff the opportunity to retain new counsel.

                                                  DICKINSON R. DEBEVOISE
                                                  U.S.S.D.J.