Arthur Russell, Esq.
661 Franklin Avenue
Nutley, NJ 07110
(973) 661-4545
Fax: (973)661-4646
arthur@attorneyrussell.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC,<br><br>                    Plaintiff,<br><br>    -against-<br><br>CHICAGO TITLE INSURANCE COMPANY; HORIZON TITLE AGENCY, ET AL.,<br><br>                    Defendants. | Case No. 2:10-cv-6088 (DRD)(MAS)<br><br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff, Dare Investments, LLC in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon Arthur Russell at the address first shown above..

Dated: Nutley, New Jersey
            February 26, 2012

                                                    /sArthur Russell_____
                                                    Arthur Russell (AR-0506)