# ARTHUR RUSSELL
## ATTORNEY AT LAW

14 WALL STREET, 22ND FLOOR661 FRANKLIN AVENUE
NEW YORK, NEW YORK 10005-2101NUTLEY, NEW JERSEY 07110
Tel: 212-732-7800Tel: 973-661-4545
**E-mail: arthur@attorneyrussell.com**Fax: 973-661-4646

February 28, 2012

VIA ECF
Hon. Michael Shipp
United States Magistrate Judge
United States District Court
MLK Courthouse
50 Walnut Street, Courtroom 2C
Newark, New Jersey 07101-0999

Re:Dare Investments, LLC v. Chicago Title, et al
Case No. 2:10-cv-06088

Dear Magistrate Shipp:

I am the attorney for the plaintiff, Dare Investments, LLC, having made my appearance in Docket # 90, after the Court's January 17, 2012 disqualification of prior counsel.

With the consent of Defendant's counsel, Michael O'Donnell, I submit a consent order admitting my colleague Jethro Eisenstein, of the New York bar, *pro hac vice* to appear, with me, on behalf of Plaintiff in this action. I annex Mr. Eisenstein's affidavit as required by Local Rule 101.1, and a form of consent order, both of which have been approved as to form and substance by Mr. O'Donnell.

We thank the Court for its time and assistance in this matter.

Very truly yours,

*Arthur Russell*
Arthur Russell

Hon. Michael A. Shipp
February 28, 2012
Page 2 of 2


Enclosures
cc:     Michael O'Donnell, via ECF