Arthur Russell, Esq.
661 Franklin Avenue
Nutley, NJ 07110
(973) 661 4545
Fax: (973)6614646
arthur@attorneyrussell.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CHICAGO TITLE INSURANCE COMPANY; HORIZON TITLE AGENCY, ET AL., <br><br> Defendants. | Case No. 2:10-cv-6088 (DRD)(MAS) <br><br> **AFFIDAVIT OF JETHRO M. EISENSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK      )
                       )  ss:
COUNTY OF NEW YORK     )

JETHRO M. EISENSTEIN, being duly sworn, hereby deposes and says:

1. I am a member of the firm of Profeta & Eisenstein.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. I was admitted to the Bar of the State of New York in 1968 and am in good standing therewith. I was admitted to the bar of the United States District Court

for the Southern District of New York in 1970, and am in good standing therewith. I was admitted to the bar of the United States District Court for the Eastern District of New York in 1970, and am in good standing therewith. I was admitted to the bar of the United States District Court for the Western District of New York in 1999, and am in good standing therewith. I was admitted to the bar of the United States District Court for the Northern District of New York in 2000 and am in good standing therewith, although I did not pay biennial admission at the most recent renewal date.

4. I was admitted to the bar of the United States Court of Appeals for the Second Circuit in 1985, and am in good standing therewith. I was admitted to the bar of the United States Court of Appeals for the Third Circuit in 2008, and am in good standing therewith.

5. The roll of attorneys admitted in the New York State Supreme Court, First Department, is located at: Office of Committee on Character and Fitness, New York State Supreme Court, Appellate Division, First Department, 41 Madison Avenue, 26th Floor, New York, New York 10010.

6. The roll of attorneys admitted in the United States District Court for the Southern District of New York and for the Second Circuit Court of Appeals is located at the Office of the Clerk, 500 Pearl Street, New York, New York.

7. The roll of attorneys admitted in the United States District Court for the Eastern District of New York is located at the Office of the Clerk , 225 Cadman Plaza East, Brooklyn, New York 11201.

8. The rolls of attorneys admitted in the United States District Court for the Western District of New York is located at the Office of the Clerk, U.S. Courthouse, 2 Niagara Square, Buffalo, New York 14202

9. The rolls of attorneys admitted in the United States District Court for the Northern District of New York is located at the Office of the Clerk, U.S. Courthouse, 445 Broadway, Albany, New York 12207.

10. The rolls of attorneys admitted in the Third Circuit Court of Appeals are located at 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

11. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has ever been imposed on me in any jurisdiction.

12. Wherefore your affiant respectfully requests that he be permitted to appear as counsel and advocate pro hac vice in this case.

Jethro M. Eisenstein (JME-6848)
Profeta & Eisenstein
14 Wall Street 22nd floor
New York, NY 10005-2101
(212) 577-6500 (t)
(212) 577-6702 (f)

Sworn to before me this
28th day of February, 2012

Stacey Sekzer Ruiz
Notary Public, State of New York
No. 01SE6181019
Qualified in Kings County
Commission Expires January 22, 2016