Arthur Russell, Esq.
661 Franklin Avenue
Nutley, NJ 07110
(973) 661 4545
Fax: (973)6614646
arthur@attorneyrussell.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARE INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CHICAGO TITLE INSURANCE COMPANY; HORIZON TITLE AGENCY, ET AL., <br><br> Defendants. | Case No. 2:10-cv-6088 (DRD)(MAS) <br><br><br> **CONSENT ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF JETHRO M. EISENSTEIN** |

Upon the application of Dare Investments, LLC ("Plaintiff") for the admission *pro hac vice* of Jethro M. Eisenstein, Esq., a member of the law firm of Profeta & Eisenstein, LLP, and counsel for defendants having consented to the form and entry of the within Order, for good cause shown;

IT IS on this __day of _____, 2012 hereby ORDERED as follows:

1. Jethro M. Eisenstein shall abide by the New Jersey Court Rules, including all disciplinary rules.

2. Jethro M. Eisenstein shall, and hereby does, consent to the appointment of the Clerk of the Supreme Court as their agent upon whom service of process may be made for all actions against Plaintiff in this matter.

3.	Jethro M. Eisenstein shall immediately notify the Court of any matter affecting their standing at the Bar of any other jurisdiction.

4.	Jethro M. Eisenstein shall have all pleadings, briefs, and other papers filed with the Court signed by Arthur Russell, Esq., an attorney authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorneys admitted herein.

5.	Jethro M. Eisenstein is directed to pay the fees required by Local Civil Rules 101.1(c)(2), 101.1(c)(3), and New Jersey Court Rule 1:28(2)(a) within twenty-one (21) days of this Order.

6.	*Pro hac vice* admission will automatically terminate for failure to make the initial and any annual payment required by the aforementioned rules.

7.	Non-compliance with any of the terms of this Order shall constitute grounds for removal.

8.	Upon entry of this Order and upon receipt of the $150.00 fee required by Local Civil Rule 101.1(c)(3), David C. Berg, Esq. and Anne M. Christon, Esq. may receive Notices of Electronic Filing of all documents filed in the instant matter at the electronic mail addresses jethro19@gmail.com.

9.	Therefore, Jethro M. Eisenstein is hereby admitted to practice before this Court in this action *pro hac vice* on behalf of Plaintiff.

    _____
Hon. Michael A. Shipp
United States Magistrate Judge