RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant Chicago Title
Insurance Company
Federal Bar No. MO-7088

| DARE INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case Action No. 10-6088<br><br>Motion Return Date: March 18, 2013<br><br>Hon. Dickenson R. Debevoise, U.S.D.J.<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**MOTION RETURN DATE: MARCH 18, 2013** |
|---|---|

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on March 18, 2013, at 9:00 in the morning, or as soon thereafter as counsel may be heard, Riker Danzig Scherer Hyland & Perretti LLP, attorneys for Chicago Title Insurance

1

4338131v1

Company ("Chicago Title"), shall move before the Honorable Dickenson Debevoise, U.S.D.J., at the United States District Court for the District of New Jersey in Newark, New Jersey, for an Order Granting Chicago Title's Motion for Summary Judgment, dismissing the First Amended Complaint of Dare Investments, LLC and granting Chicago Title summary judgment on its counterclaim for rescission.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the accompanying Memorandum of Law, the Certification of Michael R. O'Donnell, Esq, with attachments thereto, and the Local Rule 56.1 Statement of Material Facts as to Which there is no Genuine Issue.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested only if timely opposition is filed and accepted in this matter.

          RIKER DANZIG SCHERER HYLAND
              & PERRETTI LLP
          Headquarters Plaza
          One Speedwell Avenue
          Morristown, NJ 07962-1981
          (973) 538-0800
          Attorneys for Defendant
          Chicago Title Insurance Company

          By: s/ Michael R. O'Donnell
              MICHAEL R. O'DONNELL (MO-7088)

Dated: February 22, 2013

## CERTIFICATION OF SERVICE

I hereby certify that on this day, I caused a copy of Chicago Title Insurance Company's: (i) Notice of Motion for Summary Judgment; (ii) Memorandum of Law in Support of Motion; (iii) Local Rule 56.1 Statement of Material Facts to Which there is no Genuine Issue; (iv) the Certification of Michael R. O'Donnell, Esq. with exhibits; and (v) a proposed Order to be served via Electronic Filing upon the Court and counsel of record for Dare Investments, LLC.

I certify under the penalty of perjury that the foregoing statements made by me are true and correct.

_____
Jonathan M. Sandler

Dated:    February 22, 2013

4338131v1