# ARTHUR RUSSELL
## ATTORNEY AT LAW

45 BROADWAY, 22ND FLOOR                        661 FRANKLIN AVENUE
NEW YORK, NEW YORK 10006                    NUTLEY, NEW JERSEY 07110
                                                       Tel: 973-661-4545
**E-mail: arthur@attorneyrussell.com**                 Fax: 973-661-4646
                                            *(Please correspond with NJ office)*


April 2, 2013


Hon. Dickinson Richard Debevoise
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07102
Attention: Ellen McMurray


   Re: Dare Investments, LLC v. Chicago Title Ins. Co.
     Case No. 10-6088

Dear Ms. McMurray:

  I am co-counsel to Plaintiff in the referenced action. This will confirm my co-counsel's call to chambers to advise the Court that the parties have reached a settlement in principal which they will expeditiously reduce to a writing.  We understand that the Court has signed a 60-day order, which we believe to be appropriate.

     Very truly yours,

     Arthur Russell


cc.: Michael O'Donnell, Esq.