UNITED STATES DISTRICT COURT          **CLOSED**

DISTRICT OF NEW JERSEY

NEWARK, NEW JERSEY


**DARE INVESTMENTS, LLC.**              :

                                        :

                                        :

                                        :

                                        :

           V.                           :          **ORDER**

                                        :

                                        :

**CHICAGO TITLE INSURANCE CO.**         :

                                        :

                                        :          Civil 10-6088 (DRD)

                                        :


It has been reported to the Court that the above entitled action has been settled;

**It is on this __1st__ day of APRIL,2013**

**O R D E R E D** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

**DICKINSON R. DEBEVOISE**
United States District Judge